HONORABLE JUDGE TANA LIN
NOTED: March 17, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN THOMAS and MARIANA ORIZABA PANIAGUA,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>EVERGREEN PROFESSIONAL RECOVERIES, INC.,<br><br>　　　　　　　Defendant. | NO.  2:24-cv-01167-TL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE** |

Plaintiffs Brian Thomas and Mariana Orizaba Paniagua and Defendant Evergreen Professional Recoveries, Inc. hereby stipulate (through undersigned counsel) that this action and all claims herein against shall be dismissed with prejudice and without an award of fees or costs to any party.

//

//

//

[JURISDICTION] - 1
No. 2:24-cv-01167-TL

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

Based upon the parties' stipulation, this case is hereby DISMISSED WITH PREJUDICE and without costs or attorney fees to either party.

IT IS SO ORDERED.

Entered this 17th day of March, 2025

_____
UNITED STATES DISTRICT JUDGE

Presented and stipulated by:

**ANDERSON SANTIAGO, PLLC**

<u>By /s/ *Jason D. Anderson*</u>
Jason D. Anderson, WSBA #38014
T. Tyler Santiago, WSBA# 46004
207B Sunset Blvd. N.
Phone: 206-395-2665
Renton, WA 98057
*Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

<u>By: */s/ Erik Connell*</u>
Erik Connell, WSBA # 46365
520 Pike St., Suite 2350
Seattle, WA 98101
(206) 709-5886 (direct)
(206) 709-5900 (main)
(206) 709-5901 (fax)
erik.connell@wilsonelser.com
*Counsel for Defendant Evergreen Professional Recoveries, Inc.*

[JURISDICTION] - 2
No. 2:24-CV-01167-TL

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)